1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>R.B. & G. CONSTRUCTION CO., INC., a California corporation; GREGORY R. REXROAD, an individual; JENNIFER LEANN REXROAD, an individual; LYLE REXROAD, an individual, TERESA REXROAD, an individual,<br><br>           Defendants. | Case No. EDCV 07-920-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this Judgment is entered in favor of Plaintiff Fidelity and Deposit Company of Maryland

against Defendants Gregory R. Rexroad and Jennifer Leann Rexroad.  The Court orders that such judgment be entered.

The amount of damages ordered paid to Plaintiff by Defendants Gregory R. Rexfoad and Jennifer Leann Rexroad is as follows:

    a) $3,960,289.78 plus interest of .48% per annum from the date hereof until paid.

    b) Reasonable attorneys' fees incurred by Plaintiff in this action of $82,605.80.

Dated: January 27, 2010

                                  /s/ Virginia A. Phillips
                                  VIRGINIA A. PHILLIPS
                                  United States District Judge