**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>R.B. & G. CONSTRUCTION CO., INC., a California corporation; GREGORY R. REXROAD, an individual; JENNIFER LEANN REXROAD, an individual; LYLE REXROAD, an individual, TERESA REXROAD, an individual,<br><br>        Defendants. | Case No. EDCV 07-920-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Stipulation of the parties filed January 27, 2010 it is hereby ordered that Judgment be entered in favor of Plaintiff Fidelity and Deposit Company of Maryland against Defendant R.B. & G. Construction Co., Inc. for $3,932,789.78 together with interest thereon at the rate of .48% per annum from the

```
 1  date of judgment until paid.  It is further ordered that
 2  Plaintiff be awarded attorneys' fees and costs against
 3  Defendant R.B. & G. Construction Co., Inc. in the amount
 4  of $197,631.73.
 5
 6       The Court orders that such judgment be entered.
 7
 8
 9  Dated: February 9, 2010         _____
10                                       VIRGINIA A. PHILLIPS
                                       United States District Judge
```